■ In the Matter of 244-254 WEST 52ND STREET CORP., Appellant, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ In the Matter of EAST SIDE HOLDING CORP., Respondent, against GOLDIE FESSEL, Doing Business as RELIABLE MUSHROOM CO., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ SAMUEL W. MACLACHLAN, Appellant, v. NATIONAL EMPLOYEE RELATION INSTITUTE, INC., Respondent, et al., Defendant.— Judgment entered May 28, 1956, and order entered July 23, 1956, denying plaintiff's motion for a new trial, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See post, p. 744.]

■ In the Matter of EMRAY REALTY CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ In the Matter of EMRAY REALTY CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ HAROLD H. BELL, Respondent, v. W. LE ROY MARSHALL (Now Deceased) et al., Defendants and Third-Party Plaintiffs-Appellants. BERNARD S. FRANKLIN, Third-Party Defendant-Respondent.— Judgment unanimously affirmed, the respondents to recover of the surviving appellants, Arnold F. Anderson and Robert A. Schmitz, the costs of this appeal. No opinion. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ SELF SERVICE SUPER MARKET, INC., Respondent, v. BENJAMIN HARRIS et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank and Valente, JJ. [See post, p. 744.]

■ EDWIN SINGER, Appellant-Respondent, v. MURIEL SINGER, Respondent-Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Botein, Rabin and Valente, JJ.

## (February 7, 1957)

■ MORRIS NEWMARK, as Trustee, Appellant, v. NATIONAL BANK AND TRUST COMPANY OF NORWICH et al., Respondents. DAVID MAYDOLE TOOL CORPORATION et al., Appellants, v. NORWICH PHARMACAL COMPANY et al., Respondents.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ SOPHIE K. RUZA v. STANLEY W. RUZA et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ.

## (February 11, 1957)

■ ALICE McGUINNESS, Respondent, v. INTERNATIONAL DEALERS, INC., et al., Defendants, and FRANK DURKIN et al., Copartners Doing Business under the Name of DURKIN & KLOSK, Appellants.